COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR PANEL REHEARING

Appellate case name:     Sabrenda T. Littles v. Riverwalk Council of Co-Owners and JDH Association Management Co.

Appellate case number:     01-16-00790-CV

Trial court case number:  2015-38134

Trial court:                      165th District Court of Harris County

Date motion filed:            December 8, 2016

Party filing motion:         Appellant Sabrenda T. Littles

  It is ordered that the motion for panel rehearing is **DENIED.**

Judge's signature: /s/ Terry Jennings
      Acting for the Court

Panel consists of Chief Justice Radack and Justices Jennings and Bland

Date: January 19, 2017